

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-93,758-01 AND WR-93,758-02

### EX PARTE RODERICK DELYNN THOMAS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. CR03200-HC-1 AND CR03138-HC-1 IN THE 102ND DISTRICT COURT FROM RED RIVER COUNTY

*Per curiam*.

### O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The records forwarded to this Court appear, however, to be incomplete. There are no copies of any plea documents, or any other documents relevant to the trial court proceedings other than the indictments and judgments in the record of either case.

The district clerk shall either forward to this Court the plea papers, including any written admonishments, stipulations, waivers, judicial confessions and any written plea agreements, or certify in writing that these documents are not part of the records.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: May 11, 2022
Do not publish